

**FILED**

01/26/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0560

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 20-0560

TERRY SULLIVAN,

    Petitioner and Appellant,

v.

STATE OF MONTANA,

    Respondent and Appellee.

O R D E R

JAN 2 6 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Pursuant to Appellant's motion for an extension of time, and good cause therefore,

IT IS ORDERED that Appellant has until March 8, 2021, within which to file his opening brief.

DATED this 26 day of January, 2021.

For the Court,

By _____

Chief Justice